UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF | ) Miscellaneous Action |
| | ) |
| The Application of the Administrator of the | ) Case No. 2:16-mc-21-MCE-KJN |
| Wage and Hour Division of the U.S. Department of Labor | ) |
| for the Issuance of Subpoena to Carolyn Nutter | ) |
| | ) |

## ORDER

Upon the application of the Administrator, Wage and Hour Division, U.S. Department of Labor, it is hereby ORDERED that:

1. Pursuant to 5 U.S.C. § 304, subpoenas issue directing that Carolyn Nutter appear for deposition at 9:00 am, on March 4, 2016, at 2800 Cottage Way, Room W-1836, Sacramento, CA and to appear at 9:00 a.m., on April 5, 2016, and continuing each day thereafter, at Court of Appeal, Third Appellate District, 621 Capitol Mall, 10th Floor Courtroom, Sacramento, CA 95814, or at any date and time which the hearing may be adjourned, before a duly appointed Administrative Law Judge of the U.S. Department of Labor, to be examined and cross-examined on the subject of the claims of the Administrator against Nutter Inc., Juli Riles, and Norman Nutter now pending in the Office of Administrative Law Judges, United States Department of Labor.

2. This order resolves ECF No. 1 and the Clerk of Court shall close this case.

Dated:  February 9, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE